ALICE CAMPOS MERCADO, BAR NO. 4555
SARAH M. MOLLECK, BAR NO. 13830
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775) 786-9716 (fax)
acm@lge.net; smm@lge.net

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN ARMSTRONG,<br><br>Plaintiff,<br><br>vs.<br><br>BOULDER CITY HOSPITAL, INC.,<br>a Nevada non-profit corporation,<br><br>Defendants. | Case No.<br><br>**PETITION FOR REMOVAL** |

Defendant BOULDER CITY HOSPITAL, INC., a Nevada non-profit corporation, hereby removes this matter and alleges the following grounds for removal:

I.

Defendant BOULDER CITY HOSPITAL, INC., a Nevada non-profit corporation, is the sole defendant in an action pending in the Eighth Judicial District Court, Clark County, State of Nevada, entitled *Marilyn Armstrong vs. Boulder City Hospital,* Case No. A-20-819799-C.

II.

Plaintiff MARILYN ARMSTRONG commenced this action by filing a Complaint on or about August 18, 2020, in the Eighth Judicial District Court, which only asserted state law claims. A Summons was issued on September 11, 2020, but was not served on Defendant BOULDER CITY HOSPITAL at that time. A First Amended Complaint was filed on December 4, 2020, which added claims arising under federal employment laws. The Summons and First Amended Complaint

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

were served on Defendant BOULDER CITY HOSPITAL's resident agent for service of process on December 8, 2020. Defendant BOULDER CITY HOSPITAL first received the Summons and First Amended Complaint on December 8, 2020. Thus, thirty days have not elapsed since Defendant BOULDER CITY HOSPITAL first received a copy of the Summons and First Amended Complaint.

**III.**

True copies of all pleadings and process of which Defendant is aware are attached hereto. The documents, marked as Exhibits 1, 2 and 3, respectively and incorporated herein by reference and made a part of this Petition consist of the following:

1. Complaint
2. Summons
3. First Amended Complaint

To Defendant's knowledge, no further proceedings have been had in this matter in the state court action.

**IV.**

The above described action is one of which this Court has original jurisdiction under the provisions of Title 28, United States Code, § 1331, and is one which may be removed to this Court by Defendant, pursuant to the provisions of Title 28, United States Code, § 1441, because it is a civil action which arises under federal law, to wit: Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a); 42 U.S.C. § 1981; and the Americans with Disabilities Act (ADA), 42 U.S.C. §12112, in that plaintiff, has asserted claims for race and disability discrimination and retaliation under the above-referenced federal statutes. This Court has supplemental jurisdiction over the state law claims under Title 28, United States Code, § 1367, in that they are based upon the same allegations that underlie the federal claims and are thus related to the claims within the Court's original jurisdiction.

**V.**

A true and correct copy of this Petition for Removal will be filed with the Clerk of the Eighth Judicial District Court of the State of Nevada, Clark County, following the filing of this Petition for Removal.

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

WHEREFORE, Defendant BOULDER CITY HOSPITAL, INC., a Nevada non-profit corporation, hereby removes to this Court the action pending in the Eighth Judicial District Court of the State of Nevada, Clark County, Case No. A-20-819799-C.

DATED this 16th day of December, 2020

LEMONS, GRUNDY & EISENBERG

By: /s/ Alice Campos Mercado
ALICE CAMPOS MERCADO

*Attorneys for Defendant*

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

3

**CERTIFICATE OF SERVICE**

I am a citizen of the United States. My business address is 6005 Plumas Street, Third Floor, Reno, Nevada 89519, and I am employed by LEMONS, GRUNDY & EISENBERG in the City of Reno and County of Washoe where this service occurs. I am over the age of 18 years and not a party to the within action.

On December 16, 2020, following the ordinary business practice, I caused to be served to the addressee(s) listed below, a true copy of the foregoing document(s) and described as *Petition for Removal*

_____   **BY MAIL**: in an envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Reno, Nevada;

_____   **BY PERSONAL SERVICE**: in an envelope to be hand delivered this date;

_____   **BY OVERNIGHT DELIVERY**: in an envelope to be delivered to an overnight delivery carrier with delivery fees provided for;

_____   **BY FACSIMILE**: by transmitting by facsimile to the respective fax telephone phone number(s).

✓         **BY ELECTRONIC SERVICE**: the court to electronically serve the following individual(s):

Robert P. Spretnak, Esq.
Law Offices of Robert P. Spretnak
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 90123
bob@spretnak.com

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

*/s/ Margie Nevin*
Margie Nevin

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868