LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob@spretnak.com
Attorney for Plaintiff

LEMONS, GRUNDY & EISENBERG
Alice Campos Mercado, Esq. (Bar No. 4555)
Sarah M. Molleck, Esq. (Bar No. 13830)
6005 Plumas Street, 3d Floor
Reno, Nevada 89519
Telephone: (775) 786-6868
Fax: (775) 786-9716
Email: acm@lge.net; smm@lge.net
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARILYN ARMSTRONG,

    Plaintiff,

vs.

BOULDER CITY HOSPITAL, INC.,
a Nevada non-profit corporation,

    Defendant.

Case No.: 2:20-cv-02273-APG-DJA

**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**

    MARILYN ARMSTRONG, Plaintiff, and BOULDER CITY HOSPITAL, INC., a Nevada non-profit corporation, Defendant, hereby STIPULATE and AGREE to continue the Early Neutral Evaluation session in this matter. Pursuant to this Court's Order Scheduling Early Neutral Evaluation Session (ECF No. 9), the ENE session had been scheduled to commence by video conference at 10:00 a.m., February 19, 2021.

    There is good cause for rescheduling this matter. Counsel for Plaintiff has a scheduling conflict with another matter on that date in which he will be serving as mediator. The parties are available to reschedule the ENE session on any of the following dates: March 22 through March 26. It is understood by the parties that all matters set forth in ECF No. 9 will remain in effect other than the date of the ENE session and the deadline, one week prior to the ENE session, by which the

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

parties must submit statements in advance of the mediation and by which the parties must comply with the following directive:

> Each party must then send an invitation link for the ENE to VCF_Chambers@nvd.uscourts.gov by February 12, 2021. Each party must contact chambers (702-464-5540) by February 12, 2021 and be prepared to do a test run of the video conference with chambers on February 12, 2021.

DATED: 29 January 2021.                                DATED: 29 January 2021.

LAW OFFICES OF ROBERT P. SPRETNAK            LEMONS, GRUNDY & EISENBERG

By: /s/ Robert P. Spretnak                              By: /s/ Alice Campos Mercado
    Robert P. Spretnak, Esq.                          Alice Campos Mercado, Esq.
                                                  Sarah M. Molleck, Esq.

Attorney for Plaintiff                                     Attorneys for Defendant

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123                              6005 Plumas Street, 3d Floor
                                                            Reno, Nevada 89519

IT IS SO ORDERED.

_____
The Honorable CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 2-1-2021

IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for February 19, 2021, is VACATED and RESCHEDULED to 10:00AM, March 24, 2021. The confidential statement is due by 4:00 PM, March 17, 2021.

All else as stated on the order (ECF No. 9) scheduling the ENE remains unchanged.