ALICE CAMPOS MERCADO, BAR NO. 4555
SARAH M. MOLLECK, BAR NO. 13830
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775) 786-9716 (fax)
acm@lge.net; smm@lge.net

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN ARMSTRONG,<br><br>Plaintiff,<br><br>vs.<br><br>BOULDER CITY HOSPITAL, INC.,<br>a Nevada non-profit corporation,<br><br>Defendant. | Case No. 2:20-cv-02273-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff MARILYN ARMSTRONG, appearing in proper person, and defendant BOULDER CITY HOSPITAL, INC., by and through its counsel, LEMONS, GRUNDY & EISENBERG, that the above-entitled action may be dismissed in its entirety with prejudice, the parties to bear their respective costs and attorneys' fees.

Dated this 20 day of September, 2021            Dated this 6th day of October, 2021

**MARILYN ARMSTRONG**                             **LEMONS, GRUNDY & EISENBERG**
2016 Thames View Street                           6005 Plumas Street, Third Floor
Henderson, Nevada 89044                           Reno, Nevada 89519
Marilynlb2068@gmail.com                           acm@lge.net

By: /s/ Marilyn Armstrong                         By: /s/ Alice Campos Mercado
        MARILYN ARMSTRONG                                 ALICE CAMPOS MERCADO, BAR NO. 4555
        *Plaintiff in Pro Per*                            *Attorneys for Defendant*

///

///

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

## ORDER

The foregoing stipulation is hereby approved and, pursuant thereto, this case is dismissed with prejudice, the parties to bear their respective costs and fees.

IT IS SO ORDERED.

Dated this 7th day of October, 2021.

                                                      _____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
Case No. 2:20-cv-02273-APG-DJA

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2